## Commonwealth *v.* Hill, Appellant.

Submitted March 22, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District, Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.